UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD BLACK, as Trustee of the Joanne Black 2013 Trust Agreement, dated March 22, 2013, the Supplemental Needs Trust for the Benefit of Joanne Black, dated December 19, 1997 and Trustee of the Trust for the Benefit of the Issue of Renata Black, | ) ) ) ) ) ) ) | Case No. 1:19-CV-05305 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Gary Feinerman |
| JEANETTE GOODWIN, individually and as Conservator for Joanne Black, | ) ) ) | JURY DEMANDED |
| Defendant. | ) | |

## JURISDICTIONAL ADDENDUM TO COMPLAINT

Bernard Black ("Bernard"), as a Trustee of the Joanne Black 2013 Trust Agreement, dated March 22, 2013, as a Trustee of the Supplemental Needs Trust for the Benefit of Joanne Black, dated December 19, 1997, and as a Trustee of the Trust for the Benefit of the Issue of Renata Black ("BBlack Trustee"), by his undersigned attorneys, for his Jurisdictional Addendum to his Complaint against Jeanette Goodwin ("Goodwin"), individually and as Conservator for Joanne Black, alleges:

1. Plaintiff Bernard is a resident and citizen of the State of Illinois.

2. Defendant Goodwin is a resident and citizen of the State of Colorado.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) in that there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

4. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b)(2) because the assets of the trusts at issue in this case are located in this District and because some of Goodwin's acts that are the subject of this case, including her filing and prosecution of litigation in the Circuit Court of Cook County, Illinois, occurred in this District.

5. Goodwin is subject to the personal jurisdiction of this Court because she took actions in this District, including filing a lawsuit in the Circuit Court of Cook County, Illinois against Bernard personally and against BBlack Trustee, having filed other claims and pleadings against Bernard personally and against BBlack Trustee, in cases currently pending in the Circuit Court of Cook County, Illinois, that are related to the subject of this case.

6. Goodwin is further subject to the personal jurisdiction because she answered a complaint in federal court in Illinois, also related to the subject of this case, without objecting to lack of personal jurisdiction, and thus waived any objection to personal jurisdiction that she might otherwise have.

        BERNARD BLACK, as Trustee of the Joanne Black 2013 Trust Agreement, dated March 22, 2013, the Supplemental Needs Trust for the Benefit of Joanne Black, dated December 19, 1997 and Trustee of the Trust for the Benefit of the Issue of Renata Black

        By: /s/Brad S. Grayson
           One of His Attorneys

Benjamin N. Feder (ARDC# 6277452)
Brad S. Grayson (ARDC# 6196336)
Samantha Weissbluth (ARDC# 6244095)
Strauss Malk & Feder LLP
135 Revere Drive
Northbrook, Illinois 60062
(847) 562-1400
bfeder@straussmalk.com
bgrayson@straussmalk.com
sweissbluth@straussmalk.com