| | |
|---|---|
| PROBATE COURT<br>CITY AND COUNTY OF DENVER, COLORADO<br>City and County Building, Room 230<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: May 22, 2018 9:35 AM<br>CASE NUMBER: 2012PR1772 |
| IN THE INTERESTS OF:<br><br>**JOANNE BLACK,**<br><br>**Protected Person.** | ▲COURT USE ONLY▲ |
| | Case Number:<br><br>12PR1772 |
| **ORDER AUTHORIZING THE CONSERVATOR TO SELL CERTAIN ASSETS OF THE PROTECTED PERSON TO RETAIN COUNSEL IN NEW YORK FOR REPRESENTATION IN THE PROBATE MATTER REGARDING THE ESTATE OF RENATA BLACK** | |

    THIS MATTER COMES before the Court by Lisa DiPonio, Esq. #27707, Court Appointed Counsel ("Counsel") for the Protected Person, Joanne Black, by way of a Forthwith Motion for An Order Allowing the Conservator to Sell Certain Assets of the Protected Person's Conservatorship Estate to Retain Counsel in New York for Representation in the Probate Matter Regarding the Estate of Renata Black ("Motion"). Having read the Forthwith Motion and being fully apprised of its premises,

    THE COURT FINDS that the probate action related to the Estate of Renata Black ("Estate") under the jurisdiction of the Surrogate's Court in New York, Westchester County, is still pending. There are numerous issues regarding Mr. Black's actions while acting as Personal Representative for the Estate, including, but not limited to: accounting issues; creditor issues (i.e., non-payment of property taxes on the McKeel home, Renata Black's former residence, which will become an asset of the Protected Person); fraud issues; and other breaches of fiduciary duties. In the Estate action, the Protected Person has been represented by the law firm of Goldfarb, Abrandt, Salzman & Kutzin, LLP; specifically, Ira Salzman, Esq. and Michael Kutzin, Esq. A conflict of interest has arisen between the Protected Person and attorneys Salzman and Kutzin, necessitating her need for new counsel in the Estate matter.

    THE COURT FURTHER FINDS due to the current freeze of the assets in the Protected Person's Supplemental Needs Trust, and other accounts currently held by CHASE bank, the only source of money to retain New York counsel; secure the continued litigation in Illinois by paying a portion of Illinois counsels' fees; and, reimburse the Protected Person and pay the remaining back taxes on the McKeel property in New York, is for the Protected Person's Conservator, Jeanette Goodwin, to immediately sell the I-Bonds which are an asset of the Conservatorship estate.

2 | P a g e

THE COURT FINDS AND ORDERS it is in the Protected Person's best interests to authorize the Conservator to liquidate the I-Bonds, and disburse the proceeds in accordance with the terms set forth in Counsel's Motion.

THE COURT FUTHER ~~ORDERS~~ FINDS the I-Bonds gift to Joanne Black are a part of the Conservatorship Estate.

Dated: _____May 22_____, 2018

_____
Hon. Elizabeth Leith, Denver Probate Judge