JUDGE: LEITH *REPORTER: FTR *CONTEMPT CITATION APPEARANCES: CAC LISA DIPONIO. BOTH BERNARD BLACK AND HIS CNSL JANE EBISCH FTA. THE COURT FINDS BERNARD BLACK WAS PERSONALLY SERVED WITH THE CONTEMPT CITATION FOR TODAY'S DATE. MS. DIPONIO'S REQUEST FOR THE ISSUANCE OF A BENCH WARRANT FOR MR. BLACK'S FAILURE TO APPEAR IS GRANTED. ORDERED: A BENCH WARRANT SHALL ISSUE FOR THE ARREST OF BERNARD BLACK DUE TO HIS FAILURE TO APPEAR TO ANSWER THE CONTEMPT CITATION. CASH BOND IS ORDERED IN THE SUM OF $4,500,000.00, THE AMOUNT OF THE JUDGMENTS ENTERED AGAINST MR. BLACK. THE MOTION TO QUASH IS DENIED. /EDL