## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BERNARD BLACK, as Trustee of the Joanne Black 2013 Trust Agreement, dated March 22, 2013, the Supplemental Needs Trust for the benefit of Joanne Black, dated December 19, 1997, and Trustee of the Trust for the Benefit of the Issue of Renata Black, ) ) ) ) ) ) | |
| Plaintiff, ) | Case No. 19-cv-5305 |
| ) | |
| v. ) | |
| ) | Hon. Gary S. Feinerman |
| JEANETTE GOODWIN, individually and as Conservator for Joanne Black, ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, October 15, 2019, beginning at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant, through her attorney, will appear before the Honorable Judge Gary S. Feinerman, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present JEANETTE GOODWIN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC 12(B)(1) and 12(B)(6).

Dated: October 7, 2019

JEANETTE GOODWIN, individually and as Conservator for Joanne Black.

By: /s/Peter Stasiewicz
    One of Their Attorneys

Peter Stasiewicz (ARDC # 6290832)
ARCTURUS LAW FIRM
211 West Wacker Drive Suite 323
Chicago, IL 60606
(312) 957-6194 (tel)
(312) 489-8307 (fax)
pete@arcturuslaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNARD BLACK, as Trustee of the Joanne Black 2013 Trust Agreement, dated March 22, 2013, the Supplemental Needs Trust for the benefit of Joanne Black, dated December 19, 1997, and Trustee of the Trust for the Benefit of the Issue of Renata Black,<br><br>       Plaintiff,<br><br>v.<br><br>JEANETTE GOODWIN, individually and as Conservator for Joanne Black,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 19-cv-5305<br>)<br>)<br>) Hon. Gary S. Feinerman<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

TO:   All Counsel of Record

     PLEASE BE ADVISED that on October 7, 2019, the undersigned filed the attached JEANETTE GOODWIN'S NOTICE MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC 12(B)(1) and 12(B)(6) with the Clerk of the Northern District of Illinois, Eastern Division by electronic filing on the following parties

   Benjamin N. Feder
   Brad S. Grayson
   Samantha Weissbluth
   STRAUSS & MALK LLP
   135 Revere Drive
   Northbrook, IL 60062
   bfeder@straussmalk.com
   bgrayson@straussmalk.com

                                          By: /s/Peter Stasiewicz